IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. DANIEL FRANCIS HENDRIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNCLE GOV. TOM CORBETT | : | NO. 14-5025 |

## ORDER

AND NOW, this 3) day of September, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
_____
LEGROME D. DAVIS, J.